

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2024

No. 04-24-00264-CV

**IN RE** Geoffrey **PAWLACZYK**, Relator

Original Proceeding[1]

**ORDER**

On February 28, 2024, relator filed a petition for a writ of mandamus with the trial court. The trial court forwarded the mandamus petition, and it was received by this court on April 11, 2024. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

It is so **ORDERED** on August 28, 2024.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2024.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 20-439, in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten B. Cohoon, presiding.